# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                             CASE NO. 4:05mj147

JUSTIN W. HARLOW

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 11/28/2005 (document #18), and referred to Magistrate Judge William C. Sherrill on 11/29/2005.

Summary of motion/pleading: MOTION TO ADOPT CO-DEFENDANT HARLAN HARLOW'S MOTION TO DISQUALIFY

                                          WILLIAM M. MCCOOL, CLERK OF COURT

                                                               s/ Angie Maxwell
                                                                DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2005, the requested relief is **MOOT** in light of the Order of Recusal entered November 28, 2005 (doc. 19).

                                                                S/ William C. Sherrill
                                                               UNITED STATES MAGISTRATE JUDGE